WRIT NO. W08-60213-J(D)
77,138-29

EX PARTE

SENRICK WILKERSON

IN THE COURT OF
CRIMINAL APPEALS
RECEIVED
COURT OF CRIMINAL APPEALS
IN AUSTIN

MAY 28 2015

## APPLICANT'S FACTS AMENDED

The State failed to respond to Applicant's issue in regards to the fraudulent and falsely documented sex offenses. Quoting the State, dated March 6, 2015, page 2 of 6: "Finally, applicant claims he was convicted in his companion cases without an arrest or arraignment, and request an explanation as to why records show he posted personal recognizance bonds on the companion cases on February 24, 2011."

I.

First off, by Law the State has no Jurisdiction over F10-01183 Sexual Performance by a Child & F10-01184 Sexual Assault on a Child due to the fact that the State failed to exercise due diligence in arresting Applicant for both fraudulently filed cases. Applicant's due process of law rights were totally violated by the State because Applicant was never once taken before a Magistrate Judge, never given an opportunity to post bail, never informed of any rights to an examining trial or counselor, never read his Miranda Rights, never once arraigned, and never participated in any first preliminary initial appearances in cause Nos. F10-01183 & F10-01184, as is required by Texas Law. See Article 15.17 Code Crim. Proc. These two (2) fraudulently falsified sex cases are not companion cases to the alleged F08-60213 Compelling Prostitution case.

II.

The State is showing four (4) different arrest dates for cause Nos. F10-01183 & F10-01184, and those fraudulently forged arrest dates are:

1. The JUDGMENT OF CONVICTION BY JURY & NOTICE OF DISPOSITION documents show the arrest date as 9/7/2008.

2. The U.S. magistrate judge Jeff Kaplan stated in his facts that Applicant was arrested in September of 2010. See Case No. 3:11-CV-00659-B, page ID 53.

3. The Judicial Information & Criminal History Records both show that the arrest date is 12/17/2010.

Page 1 of 3

4. The fraudulently forged and falsified capias arrest warrants show an arrest date as Dec. 23, 2010.

All four (4) arrest dates are fraudulently forged, and falsified by the State. The State can not produce any probable cause; the State cannot produce any complaint affidavits; the State can not produce any offense reports; the State cannot produce any arrest reports; the State cannot produce any physical or DNA evidence; the State cannot produce any investigation files; and the State cannot produce any arraignment information for cause Nos. F10-01183 & F10-01184.

### III.

The State fraudulently forged and falsified some personal recognizance bonds, on 12/3/2010, that judge Gracie G. Lewis signed while Applicant was never in any custody, never once detained, and never once arrested for them. Also, the State is fraudulently showing that Applicant posted PR bonds on 2/24/2011, for cause Nos. F10-01183 & F10-01184. The Dallas County AIS bond detail information will evidence such fact. Also, the Dallas County Sheriff's bond section fraudulently forged and falsified some bond receipts for both tainted sex cases; by removing the word RECEIPT and hand-writing "PR" bond on them.

In any event, on April 1, 2015, the Court of Criminal Appeals remanded the above writ, and ORDER the State to answer Applicant's issues. The State failed to respond to the fraudulent offenses in regards to cause Nos. F10-01183 & F10-01184, because the State knows that Applicant was illegally convicted for both cases. The State is basically saying that no person has to be arrested, and that no person has to be arraigned for felony offenses; And can be prosecuted for them. The State is basically saying that they can fraudulently forge, and falsify arrest dates and PR bonds, and it is legal. The State is basically saying that they don't have to present felony offenses before a magistrate judge or grand jury; they can just fraudulently forged those indictments, and it be Law. According to the Texas Law, the United States Law, and the Supreme Court laws; Applicant was supposed to have been arrested and arraigned on cause Nos. F10-01183 & F10-01184 before

Applicant was tried and illegally convicted for them. Relief must be granted.

## CONCLUSION

Applicant is respectfully requesting that the Court of Criminal Appeals to ORDER an Evidentiary Hearing with Applicant present, and to ORDER the State to address Applicant's issues in regards to Cause NOS. F10-01183 & F10-01184. Relief must be granted.

Respectfully submitted,

SENRICK WILKERSON 1885146
Ramsey I Unit
1100 FM 655 TE-2-17T
Rosharon, TX 77583

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2015, the foregoing document has been U.S. mailed to: Court of Criminal Appeals, P.O. Box 12308, Austin, Texas 78711.

SENRICK WILKERSON

"I, Senrick Wilkerson, TDCJ No. 1885146, being currently illegally incarcerated in the Ramsey I Unit, declare that the above facts are true under penalty of perjury."

SENRICK WILKERSON

P.S.
Please safeguard my Liberty.